IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD LEE TUBBS,

        Petitioner,

v.

CCI GOODWIN, et al.,

        Respondents.
                                  /

No. CV-07-5765 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the instant petition is hereby DISMISSED without prejudice to petitioner's bringing his claims in a civil rights complaint.

Dated: December 6, 2007                              Richard W. Wieking, Clerk

                                                                By: Tracy Lucero
                                                                 Deputy Clerk